UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FABIAN DWIGHT RUCKER, #572374,

    Petitioner,          Case No. 18-cv-13892
                     Hon. Matthew F. Leitman
v.

ERICK BALCARCEL,

    Respondent.
_____/

## JUDGMENT

The above-entitled action came before the Court on a petition for a writ of habeas corpus.  In accordance with the Order entered on this day:

**IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus is **DENIED** and **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

**IT IS FURTHER ORDERED** that permission to appeal *in forma pauperis* is **GRANTED**.

                KINIKIA ESSIX
                CLERK OF COURT

            By: s/Holly A. Monda
               Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN       Flint, Michigan
United States District Judge       December 2, 2021

1